# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| Sandra Wakamatsu, | No. C 11-0482 LB |
| Plaintiff(s), | **ORDER RE ECF SERVICE** |
| v. | |
| Robert W. Oliver, | |
| Defendant(s). | |

In reviewing the file, it appears that counsel Geoffrey Martin Faust has failed to register for electronic service in this E-filing case. The Court will no longer serve counsel by mail. If you wish to be served with documents generated by the Court, you must register pursuant to Local Rule 5-4 and General Order 45.

**IT IS SO ORDERED.**

Dated: February 15, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-0482 LB -Order re ECF Service