Clarissa A. Kang, SBN 210660
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com
vperkins@truckerhuss.com

Attorneys for Defendants Robert W. Oliver, D.D.S. and
David M. Perry, D.D.S., Inc. 401(k)
Profit Sharing Plan and Robert W. Oliver, D.D.S.
and David M. Perry, D.D.S., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDRA WAKAMATSU,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT W. OLIVER, D.D.S. AND DAVID M. PERRY, D.D.S., INC. 401(K) PROFIT SHARING PLAN, AND ROBERT W. OLIVER, D.D.S. AND DAVID M. PERRY, D.D.S., INC.,<br><br>Defendants. | Case No. C11-00482-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel for Defendants Robert W. Oliver, D.D.S. and David M. Perry, D.D.S., Inc. 401(k) Profit Sharing Plan and Robert W. Oliver, D.D.S. and David M. Perry, D.D.S., Inc. and Plaintiff Sandra Wakamatsu report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

///

///

///

///

///

The Parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4).

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Processes:**

Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

☑ The presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*).

☐ Other requested deadline _____

DATED: May 13, 2011          TRUCKER ♦ HUSS


                             By: /s/Clarissa A. Kang
                                 Clarissa A. Kang
                                 Attorneys for Defendants
                                 Robert W. Oliver, D.D.S. and
                                 David M. Perry, D.D.S., Inc. 401(k)
                                 Profit Sharing Plan and Robert W. Oliver,
                                 D.D.S. and David M. Perry, D.D.S., Inc.


DATED: May 13, 2011          THE LAW OFFICES OF GEOFREY M. FAUST


                             By: /s/Geoffrey M. Faust
                                 Geoffrey M. Faust
                                 Attorneys for Plaintiff Sandra Wakamatsu

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS ROC; Case No. C11-00482-CRB    2

#1169181

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☒ Mediation
☐ Private ADR

Deadline for ADR session:

☒ 90 days from the date of this order.
☐ Other

IT IS SO ORDERED.

DATED: __May 16, 2011_____

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104