Clarissa A. Kang, SBN 210660
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:   ckang@truckerhuss.com
          vperkins@truckerhuss.com

Attorneys for Defendants Robert W. Oliver, D.D.S. and
David M. Perry, D.D.S., Inc. 401(k)
Profit Sharing Plan and Robert W. Oliver, D.D.S.
and David M. Perry, D.D.S., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WAKAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT W. OLIVER, D.D.S. AND DAVID M. PERRY, D.D.S., INC. 401(K) PROFIT SHARING PLAN, AND ROBERT W. OLIVER, D.D.S. AND DAVID M. PERRY, D.D.S., INC.,<br><br>    Defendants. | Case No. C11-00482-CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING ADR DEADLINE** |

Defendants Robert W. Oliver, D.D.S. and David M. Perry, D.D.S., Inc. 401(k) Profit Sharing Plan and Robert W. Oliver, D.D.S. and David M. Perry, D.D.S., Inc. ("Defendants") and Plaintiff Sandra Wakamatsu (hereinafter together the "Parties") hereby stipulate, by and through their respective counsel, as follows:

On June 7, 2011, the Parties participated in a pre-mediation telephone conference with the mediator assigned to this case. The Parties and the mediator conferred regarding possible dates for a mediation in July and August. Based on the schedules of the Parties and the mediator, the Parties and the mediator agreed that mediation would be held on August 16, 2011, provided the Court approve a continuance of the August 12, 2011 deadline to hold the mediation.

STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE; Case No. C11-00482-CRB    1

#1178002

The current deadline by which mediation must be held is August 12, 2011, as set forth in the Court's Order dated May 16, 2011.

The Parties hereby request an Order from the Court continuing the deadline for the Parties to hold a mediation to August 16, 2011.

On March 28, 2011, the Parties filed a stipulation extending the time for Defendants to respond to the Complaint until May 6, 2011. No other time modifications have been requested in this case.

This extension of time will not alter the date of any event or any other deadline already fixed by Court order.

This Stipulation is made and entered into pursuant to Local Rule 6-1(b).

DATED: June 14, 2011　　　　　　　　　　TRUCKER ♦ HUSS

By: /s/Clarissa A. Kang
　　Clarissa A. Kang
　　Attorneys for Defendants
　　Robert W. Oliver, D.D.S. and
　　David M. Perry, D.D.S., Inc. 401(k)
　　Profit Sharing Plan and Robert W. Oliver,
　　D.D.S. and David M. Perry, D.D.S., Inc.

DATED: June 14, 2011　　　　　　　　　　THE LAW OFFICES OF GEOFREY M. FAUST

By: /s/Geoffrey M. Faust
　　Geoffrey M. Faust
　　Attorneys for Plaintiff Sandra Wakamatsu

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE; Case No. C11-00482-CRB　　2

#1178002

I attest that my firm has obtained Mr. Faust's concurrence in the filing of this document.

DATED: June 14, 2011          TRUCKER ✦ HUSS

By: /s/Clarissa A. Kang
Attorneys for Defendants
Robert W. Oliver, D.D.S. and
David M. Perry, D.D.S., Inc. 401(k)
Profit Sharing Plan and Robert W. Oliver,
D.D.S. and David M. Perry, D.D.S., Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___June 14, 2011___          _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE; Case No. C11-00482-CRB     3

#1178002