IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA WAKAMATSU,

    Plaintiff,

v.

ROBERT W. OLIVER et al.,

    Defendants.

No. C 11-00482 CRB

**SCHEDULING ORDER**

The Court hereby ORDERS as follows:

1. Defendants' may file an Opposition to Plaintiff's Cross-Motion for Summary Judgment by Friday, March 16, 2012.

2. Plaintiff may file a Reply by Friday, March 23, 2012.

3. The hearing currently scheduled for Friday, March 16, 2012 is VACATED, and rescheduled for Friday, March 30, 2012 at 10:00 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated: March 12, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE