IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WAKAMATSU,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT W. OLIVER, D.D.S. & DAVID M. PERRY, D.D.S., INC. et al.,<br><br>    Defendants.              / | No. C 11-00482 CRB<br><br>**JUDGMENT** |

    Having granted Defendants' Motion for Summary Judgment and denied Plaintiff's Motion for Judgment, see dkt. 70, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: April 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\11-0482.jgmt.wpd